In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of FREDERICK LEDER, an Attorney and Counselor at Law.— The official

referee having found the respondent guilty of entering into a corrupt agreement with public officials, the respondent is disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.